UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERNESTO PEREZ-RAMIREZ, GILBERTO RAMIREZ-RAMOS, and ROMEO ROJAS-PEREZ, on behalf of themselves and others similarly situated,

                              Plaintiffs,

-against-

88 ST PIZZA CORP. d/b/a ROMA PIZZA,
KHALIL ABUALI, and DIANA ABUALI,

                              Defendants.
------------------------------------------------------------------X

Case No. 18-CV-5043 (GWG)

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, on June 6, 2018, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, although commenced as a putative collective action under the FLSA, no individuals received notice of this action;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 19, 2019

Cilenti & Cooper, PLLC
*Attorneys for Plaintiffs*
10 Grand Central
155 E. 44th Street – 6th Floor
New York, New York
(212) 209-3933

By: _____
    Justin Cilenti

McLaughlin & Stern LLP
*Attorneys for Defendants*
260 Madison Avenue
New York, New York 10016
(212) 448-1100

By: _____
    Brett R. Gallaway

Dated: June 28, 2019
    SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge